IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RACHEL SIMS**                                                                                   **PLAINTIFF**

V.                                       NO. 4:19-cv-653

**LITTLE ROCK PLASTIC SURGERY, P.A.;**
**MICHAEL L. SPANN, M.D.; AND KRISTY SPANN**                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, summary judgment is entered for Defendants on Plaintiff's claim for violations of the Stored Communications Act ("SCA"), 18 U.S.C. §§ 2701 and 2707, and this claim is dismissed with prejudice. The Court declines to exercise jurisdiction over the state law claims that remain in both Plaintiff's second amended complaint and Defendants' counterclaims, and these remaining claims are dismissed without prejudice.

IT IS SO ORDERED this 28th day of September, 2022.

_____
United States District Court Judge